In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00017-CV
NO. 09-16-00020-CV

_____

**SHERMAN MOORE, Appellant**

**V.**

**PATRIOT SECURITY INC., Appellee**

**and**

**IN RE SHERMAN MOORE**

**Original Proceeding and On Appeal**
**58th District Court of Jefferson County, Texas**
**Trial Cause No. A-191,488**

**MEMORANDUM OPINION**

Sherman Moore challenged an injunction order in an accelerated appeal and a mandamus petition. The order was subsequently dissolved by the trial court and both parties filed motions to dismiss for mootness.  Accordingly, we grant the

1

motions and dismiss the appeal and the original proceeding without reference to the merits.

DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on April 13, 2016
Opinion Delivered April 14, 2016

Before McKeithen, C.J., Horton and Johnson, JJ.